Form 170 – ntchrgdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

          Case No.:  17−17375−CMG
          Chapter:  7
          Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Russell D Parsons                                Joyce B Parsons
   1308 Route 179                                      1308 Route 179
   Lambertville, NJ 08530                     Lambertville, NJ 08530

Social Security No.:
   xxx−xx−0775                                        xxx−xx−3202

Employer's Tax I.D. No.:

**NOTICE OF HEARING ON DISMISSAL OF CASE**

Notice is hereby given that:

☑    A Motion to Dismiss has been filed by Trustee Barry Sharer.

☐    An Order to Show Cause Why the Case Should Not be Dismissed concerning the issue highlighted below has been entered by the Court.

    ☐    The debtor has not complied with the credit counseling requirements of the Bankruptcy Code.

    ☐    The debtor is a corporation and has filed under Chapter 13 of the Bankruptcy code.

    ☐    The corporate debtor is self−represented.

    ☐    Other: .

A hearing to determine if there is cause for dismissal will be held by the Honorable Christine M. Gravelle on,

Date: 6/27/17
Time: 10:00 AM
Location: Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Dated: May 24, 2017
JAN:

                                                                     Jeanne Naughton
                                                                       Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey

In re:                                                              Case No. 17-17375-CMG
Russell D Parsons                                                   Chapter 7
Joyce B Parsons
        Debtors                    CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2        Date Rcvd: May 24, 2017
                              Form ID: 170             Total Noticed: 22


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 26, 2017.
db/jdb         +Russell D Parsons,    Joyce B Parsons,    1308 Route 179,    Lambertville, NJ 08530-3505
516762430     #+Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
516762431      +Barclays Bank Delaware,    100 S West St,    Wilmington, DE 19801-5015
516762432      +Capital One,   Attn: General Correspondence/Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
516762434      +Citibank/Exxon Mobile,    Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,
                 S Louis, MO 63179-0040
516762435      +Comenity Bank/womnwthn,    4590 E Broad St,    Columbus, OH 43213-1301
516762436       First Premier Bank,    601 S Minneaplois Ave,    Dious FDalls, SD 57104
516762437      +Hsbc Bank Usa, Na,    Po Box 2013,    Buffalo, NY 14240-2013
516762438       Internal Revenue Service,    Andover, MA 01810-9041
516762440      +Phelan Hallinan Diamond & Jones,    400 Fellowship Road,    Suite 100,
                 Mount Laurel, NJ 08054-3437
516762441      +Pnc Bank,   Attn: Bankruptcy,    249 5th Ave Ste 30,    Pittsburgh, PA 15222-2707
516762443      +SLS,   8742 Lucent Boulevard, Suite 300,    Littleton, CO 80129-2386
516762442      +Santander Bank Na,    865 Brook St,    Rocky Hill, CT 06067-3444
516762444       Specialized Loan Servicing LLC,     PO Box 630147,    Littleton, CO 80163-0147
516762449     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                 (address filed with court: Toyota Motor Credit Co,    Po Box 8026,    Cedar Rapids, IA 52408)
516762451      +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 24 2017 21:06:56     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 24 2017 21:06:55     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516762429      +E-mail/Text: ally@ebn.phinsolutions.com May 24 2017 21:06:50     Ally Financial,
                 Attn: Bankruptcy,    Po Box 380901,   Bloomington, MN 55438-0901
516762439      +E-mail/Text: bnckohlsnotices@becket-lee.com May 24 2017 21:06:51     Kohls/Capital One,
                 Kohls Credit,    Po Box 3043,   Milwaukee, WI 53201-3043
516762445      +E-mail/PDF: gecsedi@recoverycorp.com May 24 2017 21:12:21     Synchrony Bank/Lowes,
                 Attn: Bankruptcy,    Po Box 956060,   Orlando, FL 32896-0001
516762446      +E-mail/PDF: gecsedi@recoverycorp.com May 24 2017 21:12:46     Synchrony Bank/Walmart,
                 Attn: Bankruptcy,    Po Box 956060,   Orlando, FL 32896-0001
                                                                                               TOTAL: 6

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516762433*     +Capital One,   Attn: General Correspondence/Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
516762447*    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                 (address filed with court: Toyota Motor Credit Co,    Toyota Financial Services,    Po Box 8026,
                 Cedar Rapids, IA 52408)
516762448*    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                 (address filed with court: Toyota Motor Credit Co,    Toyota Financial Services,    Po Box 8026,
                 Cedar Rapids, IA 52408)
516762450*    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                 (address filed with court: Toyota Motor credit Corp,    Po Box 8026,   Cedar Rapids, IA 52408)
516762452*     +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
                                                                                    TOTALS: 0, * 5, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0312-3          User: admin              Page 2 of 2            Date Rcvd: May 24, 2017
                              Form ID: 170             Total Noticed: 22
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 26, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 22, 2017 at the address(es) listed below:
          Barry R. Sharer    on behalf of Trustee Barry R. Sharer CShapiro@SharerPBS.com,
           BSharer@SharerPBS.com;nj83@ecfcbis.com
          Barry R. Sharer    CShapiro@SharerPBS.com,    BSharer@SharerPBS.com;nj83@ecfcbis.com
          Joseph J Mania, III    on behalf of Debtor Russell D Parsons jmbanklaw@gmail.com
          Joseph J Mania, III    on behalf of Joint Debtor Joyce B Parsons jmbanklaw@gmail.com
          U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                      TOTAL: 5
```