UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:     PARSON, RUSSELL

Case No.: 17-17375
Chapter: 7
Judge: CMG

### NOTICE OF PROPOSED ABANDONMENT

_____Barry R. Sharer_____, __Chapter 7 Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Clerk of the U.S. Bankruptcy Court
U.S. Courthouse, 1st Floor
402 E. State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable __Christine M. Gravelle__ on __08/15/17__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __3__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
1308 RT. 179
Lambertville, NJ
Value: $354,000.00

Liens on property:     LSL - $378,892.00

Amount of equity claimed as exempt: -0-

Objections must be served on, and requests for additional information directed to:

Name: Barry R. Sharer, Trustee
Address: 1103 Laurel Oak Road, Suite 105B, Voorhees, NJ 08043
Telephone No.: 856-435-3200

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-17375-CMG
Russell D Parsons                                                         Chapter 7
Joyce B Parsons
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Jul 12, 2017
                              Form ID: pdf905          Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 14, 2017.
```
db/jdb         +Russell D Parsons,    Joyce B Parsons,    1308 Route 179,    Lambertville, NJ 08530-3505
516762430     #+Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
516762431      +Barclays Bank Delaware,    100 S West St,    Wilmington, DE 19801-5015
516762432      +Capital One,    Attn: General Correspondence/Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
516762434      +Citibank/Exxon Mobile,    Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,
                 S Louis, MO 63179-0040
516762435      +Comenity Bank/womnwthn,    4590 E Broad St,    Columbus, OH 43213-1301
516762436       First Premier Bank,    601 S Minneaplois Ave,    Dious FDalls, SD 57104
516762437      +Hsbc Bank Usa, Na,    Po Box 2013,    Buffalo, NY 14240-2013
516762438       Internal Revenue Service,    Andover, MA 01810-9041
516762440      +Phelan Hallinan Diamond & Jones,    400 Fellowship Road,    Suite 100,
                 Mount Laurel, NJ 08054-3437
516762441      +Pnc Bank,    Attn: Bankruptcy,    249 5th Ave Ste 30,    Pittsburgh, PA 15222-2707
516762443      +SLS,    8742 Lucent Boulevard, Suite 300,    Littleton, CO 80129-2386
516762442      +Santander Bank Na,    865 Brook St,    Rocky Hill, CT 06067-3444
516762444       Specialized Loan Servicing LLC,    PO Box 630147,    Littleton, CO 80163-0147
516762449     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court:  Toyota Motor Credit Co,    Po Box 8026,    Cedar Rapids, IA 52408)
516762451      +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 12 2017 23:24:18     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 12 2017 23:24:12     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516762429      +E-mail/Text: ally@ebn.phinsolutions.com Jul 12 2017 23:23:16     Ally Financial,
                 Attn: Bankruptcy,    Po Box 380901,    Bloomington, MN 55438-0901
516762439      +E-mail/Text: bnckohlsnotices@becket-lee.com Jul 12 2017 23:23:27     Kohls/Capital One,
                 Kohls Credit,    Po Box 3043,    Milwaukee, WI 53201-3043
516762445      +E-mail/PDF: gecsedi@recoverycorp.com Jul 12 2017 23:25:53      Synchrony Bank/Lowes,
                 Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
516762446      +E-mail/PDF: gecsedi@recoverycorp.com Jul 12 2017 23:25:41      Synchrony Bank/Walmart,
                 Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
                                                                                              TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516762433*     +Capital One,    Attn: General Correspondence/Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
516762447*    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court:  Toyota Motor Credit Co,    Toyota Financial Services,    Po Box 8026,
                 Cedar Rapids, IA 52408)
516762448*    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court:  Toyota Motor Credit Co,    Toyota Financial Services,    Po Box 8026,
                 Cedar Rapids, IA 52408)
516762450*    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court:  Toyota Motor credit Corp,    Po Box 8026,    Cedar Rapids, IA 52408)
516762452*     +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
                                                                                      TOTALS: 0, * 5, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0312-3          User: admin              Page 2 of 2            Date Rcvd: Jul 12, 2017
                              Form ID: pdf905          Total Noticed: 22
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2017                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 11, 2017 at the address(es) listed below:
              Barry R. Sharer    on behalf of Trustee Barry R. Sharer CShapiro@SharerPBS.com,
               BSharer@SharerPBS.com;nj83@ecfcbis.com
              Barry R. Sharer    CShapiro@SharerPBS.com,    BSharer@SharerPBS.com;nj83@ecfcbis.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee for Credit
               Suisse First Boston Mortgage Securities Corp., Home Equity Asset Trust 2006-4, Home Equity
               Pass-Through Certificates, Series 2006-4 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Joseph J Mania, III    on behalf of Debtor Russell D Parsons jmbanklaw@gmail.com
              Joseph J Mania, III    on behalf of Joint Debtor Joyce B Parsons jmbanklaw@gmail.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```